1    Counsel listed on next page

2

3

4

5

6                      UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9

10   DAVID HALTERMAN,                        Case No. C04-2660 JW

11                  Plaintiff,               STIPULATION AND [PROPOSED]
                                             ORDER CHANGING TIME FOR
12         v.                                DISCLOSURE OF EXPERT
                                             WITNESSES PURSUANT TO
13   LEGATO SOFTWARE, a Division of EMC      CIV. L.R. 6-2(a)
     Corporation; EMC CORPORATION, dba
14   EMC PERIPHERALS, INC., and DOES 1-X,

15                  Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1   KATHRYN BURKETT DICKSON (State Bar No. 70636)
    DICKSON – ROSS LLP
2   1970 Broadway, Suite 1045
    Oakland, California 94612
3   Telephone:   (510) 268-1999
    Facsimile:   (510) 268-3627
4
    DAVID ANGLE (admitted *Pro Hac Vice*)
5   ANGLE & ANGLE LLC
    1920 13th Street, Suite C
6   Boulder, Colorado 80302
    Telephone:   (303) 443-2200
7   Facsimile:   (303) 443-2229

8   **Attorneys for Plaintiff**
    **David Halterman**
9
    GARY R. SINISCALCO (State Bar No. 64770)
10  MICHAEL D. WEIL (State Bar No. 209056)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  The Orrick Building
    405 Howard Street
12  San Francisco, California  94105-2669
    Telephone:   415-773-5700
13  Facsimile:   415-773-5759

14  LYNNE C. HERMLE (State Bar No. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
15  1000 Marsh Road
    Menlo Park, California  94025-1021
16  Telephone:   650-614-7400
    Facsimile:   650-614-7401
17
    LEANNE FITZGERALD (admitted *Pro Hac Vice*)
18  EMC CORPORATION
    2350 West El Camino Real
19  Mountain View, CA 94040

20  **Attorneys for Defendant**
    **EMC Corporation**
21

22

23

24

25

26

27

28

                                            - 2 -         STIPULATION AND [PROPOSED] ORDER CHANGING
                                                          TIME FOR DISCLOSURE OF EXPERT WITNESSES

PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:

WHEREAS, the October 26, 2004 Scheduling Order requires the parties to disclose expert witnesses and exchange reports on or before July 14, 2005;

WHEREAS, on or about April 15, 2005, Defendant requested of Plaintiff that Plaintiff undergo an independent medical examination pursuant to F.R.C.P. 35;

WHEREAS, the parties agreed to the independent medical examination in principle, but continue to negotiate the terms;

WHEREAS, the Court's assistance may be necessary to resolve the parties' dispute regarding the terms of the independent medical examination;

WHEREAS, there is insufficient time between the date of this stipulation and the July 14, 2005 cut-off for disclosure of expert witnesses and reports for Defendant to file a motion with the Court and have the medical examinations and reports completed;

WHEREAS, the parties have not sought any other modifications to the schedule for the case; and

WHEREAS, the parties' stipulation would affect the time for disclosure of mental health expert witnesses, the time for disclosure of mental health rebuttal witnesses, and the time of discovery cutoff with regard only to mental health expert witness discovery;

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

1.    the parties respectfully request that this Court modify the October 26, 2004 Scheduling Order as follows:

(a)    the last day for disclosure of Mental Health Expert Witnesses (defined as psychiatrists, psychologists or other mental health experts who may testify about Plaintiff's past and present mental conditions to support or rebut Plaintiff's claims for emotional distress damages) and exchange of Mental Health Expert reports be continued from July 14, 2005, until September 1, 2005;

-1-    STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DISCLOSURE OF EXPERT WITNESSES

1    (b)    the last day for disclosure of rebuttal Mental Health Expert

2    Witnesses to Mental Health Expert reports be continued from July 25, 2005, until September 12,

3    2005; and

4    (c)    the close of discovery remain September 14, 2005, except the close

5    of discovery related to Mental Health Expert Witnesses only shall be completed by October 3,

6    2005.

7

8    Dated: June 7, 2005                    Respectfully submitted,

9                                           KATHRYN BURKETT DICKSON
                                            DICKSON – ROSS LLP

10                                          DAVID ANGLE
11                                          ANGLE & ANGLE LLC

12
                                            By _Kathryn Burkett Dickson_
13                                                Kathryn Burkett Dickson
                                                  Attorneys for Plaintiff,
14                                                David Halterman

15

16   Dated: June 7, 2005                    GARY R. SINISCALCO
                                            LYNNE C. HERMLE
17                                          MICHAEL D. WEIL
                                            ORRICK, HERRINGTON & SUTCLIFFE LLP
18
                                            LEANNE FITZGERALD
19                                          EMC CORPORATION
20
21                                          By _____
                                                  Michael D. Weil
22                                                Attorneys for Defendant,
                                                  EMC Corporation.
23

24   IT IS SO ORDERED:

25   Dated: 6/9/05

26                                          /s/  Patricia V. Trumbull
                                            _____
27                                          The Honorable James Ware Patricia V. Trumbull
                                            United States District Judge
28                                                                Magistrate

                          - 2 -    STIPULATION AND [PROPOSED] ORDER CHANGING
                                   TIME FOR DISCLOSURE OF EXPERT WITNESSES