UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>EMC CORPORATION,<br><br>    Defendant. | Case No.: C 04-2660 JW (PVT)<br><br>**ORDER RE STIPULATED REQUEST TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S MOTION TO COMPEL** |

    On June 21, 2005, the parties filed a Stipulation and [Proposed] Order to File Under Seal Excerpts of Defendant's Motion to Compel an Independent Medical Examination and Further Deposition of Plaintiff Pursuant to Civ. L.R. 7-11, 7-12, & 79-5.[1] Based on said stipulation, the documents sought to be filed under seal, and the file herein,

    IT IS HEREBY ORDERED that the request to file under seal is GRANTED as to the portions of Defendant's motion that disclose private medical information about Plaintiff, and DENIED as to the portions of Defendant's motion that disclose only non-private information regarding Plaintiff's allegations of depression and emotional distress. The latter information has already been disclosed by the Plaintiff in his publicly-filed complaint herein. While the complaint

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

does not detail all of the specifics of Plaintiff's alleged emotional distress, those specifics are not inherently more private or sensitive than Plaintiff's public allegations that he was under a doctor's care for depression and taking medication (First Amended Complaint, 12:2-3), that he has suffered severe emotional distress (First Amended Complaint, 20:10-11), and that he has and continues to suffer severe embarrassment, humiliation and mental anguish (First Amended Complaint, 24:9-10).

IT IS FURTHER ORDERED that the clerk of the court shall file under seal the unredacted originals of 1) Defendant EMC Corporation's Notice of Motion and Motion, and Memorandum of Points and Authorities, in Support of Motion to Compel ("Defendant's Motion to Compel"); 2) the Declaration of Michael Weil in Support of Defendant's Motion to Compel ("Weil Declaration"); and 3) the Declaration of John A. Zeitz, M.D. in Support of Defendant EMC Corporations's Motion to Compel Mental Examination and Answers to Deposition Questions ("Zeitz Declaration").

IT IS FURTHER ORDERED that, no later than July 1, 2005, Defendant shall electronically file corrected redacted[2] versions of the aforementioned documents with only the following portions redacted:

1) From Defendant's Motion to Compel: 3:22-24; 11:14-27; 12:10; 12:15; 17:8-9; and 19:7.

2) From the Weil Declaration: Ex. B, pp. 10, 11, 12, 13, 14, 195, 196, 307, 309, and 311; Ex. C, pg. 3, ¶ 2; Ex. H, pg. 1, ¶ 3 through pg. 2, ¶ 3; Ex J, in whole; and Ex. K, in whole.

3) From the Zeitz Declaration: 2:24-25 (in ¶ 5); and 5:19-20 (in ¶ 14).

Dated:  *6/28/05*

                          */s/ Patricia V. Trumbull*
                          PATRICIA V. TRUMBULL
                          United States Magistrate Judge

---

[2] Both the caption page of a redacted document, and the docket entry for the redacted document, should indicate that the document is redacted.