1  COUNSEL LISTED ON NEXT PAGE
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                          SAN JOSE DIVISION
10
11
   DAVID HALTERMAN                ) Case No. C04-2660 JW (PVT)
12                                )
              Plaintiff,          ) STIPULATION AND [PROPOSED] ORDER
13                                ) CHANGING TIME FOR DISCLOSURE OF
   v.                             ) EXPERT WITNESSES PURSUANT TO
14                                ) CIV. L.R. 6-2(A)
   LEGATO SOFTWARE, a Division of )
15 EMC Corporation; EMC Corporation, )
   dba EMC PERIPHERALS INC.; and  )
16 DOES I - X,                    )
                                  )
17            Defendants.         )
                                  )
18                                )
   _____)
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DISCLOSURE
OF EXPERT WITNESSES PURSUANT TO CIV. L.R. 6-2(A)

KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:   (510) 268-1999
Facsimile:   (510) 268-3627

DAVID ANGLE (Admitted *Pro Hac Vice*)
ANGLE & ANGLE LLC
1920 13th Street, Suite C
Boulder, CO 80302
Phone:      303-443-2200
Facsimile   303-443-2229

Attorneys for Plaintiff
DAVID HALTERMAN

GARY SINISCALCO (State Bar # 64770)
MICHAEL D. WEIL (State Bar # 209056)
ORRICK, HERRINGTON & SUTCLIFFE
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   415-773-5700
Facsimile:   415-773-5759

LYNNE C. HERMLE (State Bar # 99799)
ORRICK, HERRINGTON & SUTCLIFFE
1000 Marsh Road
Menlo Park, CA 94025-1021
Telephone:   650-614-7400
Facsimile:   650-614-7401

LEANNE FITZGERALD (admitted *Pro Hac Vice*)
EMC CORPORATION
2350 West El Camino Real
Mountain View, CA 94040

Attorneys for Defendant
EMC CORPORATION

STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DISCLOSURE
OF EXPERT WITNESSES PURSUANT TO CIV. L.R. 6-2(A)

1  PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant EMC
2  Corporation (collectively, "the parties") stipulate as follows:
3  WHEREAS, the October 26, 2004 Scheduling Order requires the parties to disclose expert
4  witnesses and exchange reports on or before July 14, 2005;
5  WHEREAS, a corporate deposition of Defendant EMC (i.e., person most knowledgeable
6  regarding certain revenue allocation issues) was scheduled by the parties for July 12, 2005;
7  WHEREAS, Plaintiff has informed Defendant that she desires to have the results of this
8  deposition considered by her expert in preparing the expert report and cannot reasonably do so in
9  light of the current expert witness disclosure and report date;
10 WHEREAS, the parties have sought only one prior modification to the pre-trial schedule,
11 relating to mental health experts;
12 WHEREAS, the parties are jointly seeking an extension of the schedule only for a period of
13 approximately two weeks;
14 IT IS HEREBY STIPULATED by and between the parties to this action through their
15 designated counsel as follows:
16    1.  The parties respectfully request that this Court modify the October 26, 2004
17 Scheduling Order as follows:
18    (a)  the last day for disclosure of experts (except for mental health experts,
19 which are covered by a separate Order), and exchange expert reports be continued for
20 approximately two weeks from July 14, 2005 to July 29, 2005;
21    (b)  the last day for disclosure of rebuttal experts (except for mental health
22 experts) amd exchange expert reports be continued for approximately two weeks from July 25,
23 2005 to August 9, 2005; and
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR DISCLOSURE
OF EXPERT WITNESSES PURSUANT TO CIV. L.R. 6-2(A)                                    1

(c)     the close of discovery remain September 14, 2005, (except with respect to mental health experts which are subject to a separate Order).

                                                *DICKSON-ROSS LLP*

                                                /s/ *electronically*

Date: July 7, 2005

                                                Kathryn Burkett Dickson
                                                Attorneys for Plaintiff
                                                David Halterman

                                                *ORRICK, HERRINGTON & SUTCLIFFE*

                                                **SIGNED IN COUNTERPART**

Date:_____

                                                Michael D. Weil
                                                Attorneys for Defendant
                                                EMC Corporation

**IT IS SO ORDERED.**

Dated: 7/8/05

                                            _____
                                            PATRICIA TRUMBULL
                                          UNITED STATES MAGISTRATE JUDGE