1 | Counsel listed on next page
2
3
4
5
6 | UNITED STATES DISTRICT COURT
7 | NORTHERN DISTRICT OF CALIFORNIA
8 | SAN JOSE DIVISION
9
10 | DAVID HALTERMAN,

Plaintiff,

v.

LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,

Defendants.

Case No. C04-2660 JW

**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS PURSUANT TO FRCP 29**

```
 1  KATHRYN BURKETT DICKSON (State Bar No. 70636)
    DICKSON – ROSS LLP
 2  1970 Broadway, Suite 1045
    Oakland, California 94612
 3  Telephone:    (510) 268-1999
    Facsimile:    (510) 268-3627
 4
    DAVID ANGLE (admitted Pro Hac Vice)
 5  ANGLE & ANGLE LLC
    1920 13th Street, Suite C
 6  Boulder, Colorado 80302
    Telephone:    (303) 443-2200
 7  Facsimile:    (303) 443-2229

 8  Attorneys for Plaintiff
    David Halterman
 9
    GARY R. SINISCALCO (State Bar No. 64770)
10  MICHAEL D. WEIL (State Bar No. 209056)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  The Orrick Building
    405 Howard Street
12  San Francisco, California 94105-2669
    Telephone:    415-773-5700
13  Facsimile:    415-773-5759

14  LYNNE C. HERMLE (State Bar No. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
15  1000 Marsh Road
    Menlo Park, California 94025-1021
16  Telephone:    650-614-7400
    Facsimile:    650-614-7401
17
    LEANNE FITZGERALD (admitted Pro Hac Vice)
18  EMC CORPORATION
    2350 West El Camino Real
19  Mountain View, CA 94040

20  Attorneys for Defendant
    EMC Corporation
21
22
...
28
```

1   PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 29, Plaintiff David
2   Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:
3   WHEREAS, plaintiff David Halterman seeks to take more depositions than the
4   limit of ten (10) pursuant to FRCP 30;
5   WHEREAS, defendant EMC Corporation opposes plaintiff's request for more than
6   ten (10) depositions (excluding expert depositions);
7   WHEREAS, plaintiff seeks to take the deposition of Legato System Inc.'s former
8   Chief Executive Officer, David Wright;
9   WHEREAS, defendant opposes plaintiff's request to take Mr. Wright's deposition;
10  WHEREAS, the parties have amicably negotiated in good faith regarding these
11  discovery disputes; and
12  WHEREAS, the parties have agreed to the following;
13  IT IS HEREBY STIPULATED by and between the parties to this action through
14  their designated counsel as follows:
15  1.   plaintiff shall be permitted to take no more than four (4) additional
16  depositions (other than expert depositions) for a maximum of fourteen (14) depositions in this
17  case on the following conditions:
18  (a)   in excess of ten (10) depositions permitted, plaintiff shall be
19  permitted to take the deposition of Patty Peebles, Barbara Bakich and Noah Mesel at a mutually
20  convenient time and location for the witnesses and counsel;
21
22  (b)   plaintiff and defendant shall submit their discovery dispute
23  regarding Legato's former CEO, David Wright, to the Court for resolution;
24  (c)   if the Court grants plaintiff's motion to take Mr. Wright's
25  deposition, then plaintiff shall be permitted to take fourteen (14) depositions;
26
27
28

-1-   STIPULATION AND [PROPOSED] ORDER CHANGING
TIME FOR DISCLOSURE OF EXPERT WITNESSES

    (d)    if the Court denies plaintiff's motion to take Mr. Wright's deposition, then plaintiff is restricted to thirteen (13) depositions set forth in paragraph 1(a), above, *i.e.*, plaintiff shall not substitute another individual in place of Mr. Wright.

Dated: July 20, 2005

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By _____
David Angle
Attorneys for Plaintiff,
David Halterman

Dated: July 20, 2005

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By _____
Michael D. Weil
Attorneys for Defendant,
EMC Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/21/05

/s/ Patricia V. Trumbull
The Honorable Patricia Trumbull
United States ~~District~~ Judge
*Magistrate*