1  Counsel listed on next page

2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8                          SAN JOSE DIVISION
9

10 | DAVID HALTERMAN, | Case No. C04-2660 JW
11 | Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT WITNESSES PURSUANT TO CIV. L.R. 6-2(a)**
12 | v. |
13 | LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X, |
14 | |
15 | Defendants. |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  KATHRYN BURKETT DICKSON (State Bar No. 70636)
   DICKSON – ROSS LLP
2  1970 Broadway, Suite 1045
   Oakland, California 94612
3  Telephone:    (510) 268-1999
   Facsimile:    (510) 268-3627
4
   DAVID ANGLE (admitted *Pro Hac Vice*)
5  ANGLE & ANGLE LLC
   1920 13th Street, Suite C
6  Boulder, Colorado 80302
   Telephone:    (303) 443-2200
7  Facsimile:    (303) 443-2229

8  **Attorneys for Plaintiff**
   **David Halterman**
9
   GARY R. SINISCALCO (State Bar No. 64770)
10 MICHAEL D. WEIL (State Bar No. 209056)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
11 The Orrick Building
   405 Howard Street
12 San Francisco, California  94105-2669
   Telephone:    415-773-5700
13 Facsimile:    415-773-5759

14 LYNNE C. HERMLE (State Bar No. 99779)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
15 1000 Marsh Road
   Menlo Park, California  94025-1021
16 Telephone:    650-614-7400
   Facsimile:    650-614-7401
17
   LEANNE FITZGERALD (admitted *Pro Hac Vice*)
18 EMC CORPORATION
   2350 West El Camino Real
19 Mountain View, CA 94040

20 **Attorneys for Defendant**
   **EMC Corporation**
21

22

23

24

25

26

27

28

- 2 -    STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT WITNESSES

1   PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant

2   EMC Corporation (collectively, "the parties") stipulate as follows:

3   WHEREAS, the parties timely disclosed experts and exchanged reports on July 29,

4   2005 pursuant to the Court's July 8, 2005 order (except for mental health experts and reports,

5   which are covered by the Court's June 9, 2005 order);

6   WHEREAS, the Court's July 8, 2005 order requires the parties to disclose rebuttal

7   experts and exchange of reports on or before August 9, 2005;

8   WHEREAS, the Court's October 26, 200~~5~~4 Scheduling Order sets the last day for a

9   hearing on a party's motion to exclude expert testimony on August 29, 2005 and the close of the

10  discovery on September 14, 2005;

11  WHEREAS, given vacation schedules of experts and attorneys and trial calendars

12  of both parties' attorneys, (a) there is insufficient time between the date for disclosure of expert

13  reports and the date for exchange of rebuttal reports, (b) there is insufficient time between the

14  date for disclosure of expert reports and rebuttal reports and the last day for a hearing on a motion

15  to exclude expert testimony, and (c) there is insufficient time for the parties to complete expert

16  discovery before the discovery cutoff;

17  WHEREAS, the parties have sought two prior modifications to the schedule for

18  the case, which were approved by the Court on June 9, 2005 and July 8, 2005, respectively; and

19  WHEREAS, the parties' stipulation would not affect the time for disclosure of

20  mental health expert witnesses or the time for disclosure of mental health rebuttal witnesses;

21  IT IS HEREBY STIPULATED by and between the parties to this action through

22  their designated counsel as follows:

23  1.   the parties respectfully request that this Court modify the October 26, 2004

24  Scheduling Order, the June 9, 2005 order and the July 8, 2005 order as follows:

25  (a)   the last day for disclosure of rebuttal reports (other than for mental

26  health experts) shall be continued from August 9, 2005 to August 30, 2005;

27  (b)   the last day for hearing on a motion to exclude an expert witness

28  shall be continued from August 29, 2005 to November 14, 2005;

    (c) the close of discovery of <u>expert witnesses only</u>, both non-mental health <u>and</u> mental health and experts, shall be continued from September 14, 2005 and October 3, 2005, respectively, to October 28, 2005; and

    (d) the close of non-expert discovery shall remain September 14, 2005 .

Dated:  August 11, 2005   Respectfully submitted,

           KATHRYN BURKETT DICKSON
           DICKSON – ROSS LLP

           DAVID ANGLE
           ANGLE & ANGLE LLC

         By:_____/s/_____
          Kathryn Burkett Dickson
         Attorneys for Plaintiff David Halterman

Dated:  August 11, 2005   GARY R. SINISCALCO
           LYNNE C. HERMLE
           MICHAEL D. WEIL
           ORRICK, HERRINGTON & SUTCLIFFE LLP

           LEANNE FITZGERALD
           EMC CORPORATION

         By:_____/s/_____
          Michael D. Weil
         Attorneys for Defendant EMC Corporation

 I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

         By:_____/s/_____
          Michael D. Weil
         Attorneys for Defendant EMC Corporation.

IT IS SO ORDERED:

Dated:  *8/15/05*

         */s/ Patricia V. Trumbull*
         The Honorable Patricia Trumbull
         United States Magistrate Judge