1  Counsel listed on next page

6        UNITED STATES DISTRICT COURT
7        NORTHERN DISTRICT OF CALIFORNIA
8        SAN JOSE DIVISION

10 DAVID HALTERMAN,                        Case No. C04-2660 JW

11        Plaintiff,                       **STIPULATION AND [PROPOSED]
                                           ORDER SHORTENING TIME TO
12   v.                                    HEAR EMC CORPORATION'S
                                           MOTION TO QUASH PLAINTIFF'S
13 LEGATO SOFTWARE, a Division of EMC      SUBPOENA TO THIRD-PARTY
   Corporation; EMC CORPORATION, dba       PRICEWATERHOUSECOOPERS
14 EMC PERIPHERALS, INC., and DOES 1-X,    CIV. L.R. 6-2(a)**

15        Defendants.

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636) |
|   | DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, California 94612 |
| 3 | Telephone:     (510) 268-1999 |
|   | Facsimile:      (510) 268-3627 |
| 4 | |
|   | DAVID ANGLE (admitted *Pro Hac Vice*) |
| 5 | ANGLE & ANGLE LLC |
|   | 1920 13th Street, Suite C |
| 6 | Boulder, Colorado 80302 |
|   | Telephone:     (303) 443-2200 |
| 7 | Facsimile:      (303) 443-2229 |
| 8 | **Attorneys for Plaintiff** |
|   | **David Halterman** |
| 9 | |
|   | GARY R. SINISCALCO (State Bar No. 64770) |
| 10 | MICHAEL D. WEIL (State Bar No. 209056) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building |
|   | 405 Howard Street |
| 12 | San Francisco, California  94105-2669 |
|   | Telephone:     415-773-5700 |
| 13 | Facsimile:      415-773-5759 |
| 14 | LYNNE C. HERMLE (State Bar No. 99779) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | 1000 Marsh Road |
|   | Menlo Park, California  94025-1021 |
| 16 | Telephone:     650-614-7400 |
|   | Facsimile:      650-614-7401 |
| 17 | |
|   | LEANNE FITZGERALD (admitted *Pro Hac Vice*) |
| 18 | EMC CORPORATION |
|   | 2350 West El Camino Real |
| 19 | Mountain View, CA 94040 |
| 20 | **Attorneys for Defendant** |
|   | **EMC Corporation** |

- 2 -   STIPULATION AND [PROPOSED] ORDER SHORTENING TIME

1          PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant

2  EMC Corporation (collectively, "the parties") stipulate as follows:

3          WHEREAS, on August 12, 2005, plaintiff Halterman served on third-party

4  PricewaterhouseCoopers ("PwC") a subpoena to produce records relating to PwC's audits of

5  Legato Systems, Inc. ("Legato") for the years 2000, 2001 and 2002;

6          WHEREAS, plaintiff's subpoena, attached hereto as Exhibit A, requests

7  production of records by August 29, 2005;

8          WHEREAS, the parties' counsel met and conferred regarding the subpoena, but

9  could not come to a resolution;

10          WHEREAS, EMC Corporation filed, or will file, a motion to quash the subpoena

11  on Friday, August 19, 2005;

12          WHEREAS, the Court's October 26, 2005 Scheduling Order and August 15, 2005

13  order set the discovery cut-off for <u>non-expert</u> discovery on September 14, 2005;

14          WHEREAS, the parties have scheduled other discovery related matters that would

15  interfere with having a hearing on a Tuesday between this date and September 14, 2005;

16          WHEREAS, if the Court denies EMC's motion and PwC produces the requested

17  information, plaintiff may want to provide this information to his accounting expert(s) to include

18  in a supplemental expert report or mark as an exhibit during the deposition of EMC's expert;

19          WHEREAS, the parties have scheduled plaintiff's accounting experts for

20  deposition in Los Angeles on September 13 and 14, 2005;

21          WHEREAS, the parties have scheduled EMC's expert's deposition on September

22  21, 2005;

23          WHEREAS, the Court's October 26, 2004 Scheduling Order also provides, at

24  paragraph 9, that "an expert witness shall be precluded from testifying about any actions or

25  opinions not disclosed prior to the expert's deposition.  This is to ensure that all factual material

26  upon which an expert opinion may be based and all tests and reports are completed prior to the

27  expert deposition."

28          WHEREAS, EMC will not waive its right, under paragraph 9, to object to

-1-   STIPULATION AND [PROPOSED] ORDER CHANGING
      TIME FOR DISCLOSURE OF EXPERT WITNESSES

1  plaintiff's expert relying on any factual material, including the requested PwC documents, after
2  EMC takes the deposition of plaintiff's expert(s);
3      WHEREAS, the last day to file a motion to exclude expert testimony is October
4  10, 2005 for a hearing on November 14, 2005, pursuant to the Court's August 15, 2005 order;
5      WHEREAS, Lynne Hermle, one of EMC's counsel, and Kathy Dickson, one of
6  plaintiff's counsel, are both engaged in the same litigation, unrelated to this case, and have an
7  estimated three week trial set for late September 2005 in the Superior Court for the County of San
8  Mateo;
9      WHEREAS, EMC wishes to have a hearing set before the date set for production
10  of PwC's documents and plaintiff wants to resolve EMC's motion on an expedited basis given the
11  foregoing;
12      IT IS HEREBY STIPULATED by and between the parties to this action through
13  their designated counsel as follows:
14      1.    the parties respectfully request that this Court enter an order shortening
15  time for a hearing on EMC's motion to quash plaintiff's August 12, 2005 subpoena served on
16  PwC, as follows:
17      (a)    plaintiff's opposition to EMC's motion to quash shall be filed on or
18  before [noon on] August 26, 2005;
19      (b)    EMC's reply shall be filed on or before ~~August XX~~ [noon on August 29], 2005; and
20      (c)    EMC's motion to quash shall be heard on ~~September~~ [August 30,] 2005 at
21  10:00 a.m. in Department 5.
22      2.    The date for production of the documents requested from PwC pursuant to
23  plaintiff's subpoena shall be extended until seven calendar days after the Court enters an order
24  regarding EMC's motion to quash.
25  //
26  //
27  //
28  //

3.   EMC shall provide PwC a copy of this Order.

Dated: August 19, 2005            Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC


By:_____/s/_____
Kathryn Burkett Dickson
Attorneys for Plaintiff David Halterman

Dated: August 19, 2005            GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION


By:_____/s/_____
Michael D. Weil
Attorneys for Defendant EMC Corporation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By:_____/s/_____
Michael D. Weil
Attorneys for Defendant EMC Corporation.

IT IS SO ORDERED; *as modified by the court.*

Dated: *8/22/05*

_____/s/ Patricia V. Trumbull_____
The Honorable Patricia Trumbull
United States Magistrate Judge