UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID HALTERMAN, | ) | Case No.: C 04-2660 JW (PVT) |
| Plaintiff, | ) | **INTERIM ORDER RE STIPULATION TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS** |
| v. | ) | |
| EMC CORPORATION, et al., | ) | |
| Defendants. | ) | |

On August 30, 2005, the parties filed a Stipulation and [Proposed] Order to File under Seal Excerpts of Defendant's Opposition to Plaintiff's Motion to Compel Documents.[1]  Based on the stipulation,

IT IS HEREBY ORDERED that no later than September 9, 2005, any party contending that any of the information sought to be sealed warrants protection under Federal Rules of Civil Procedure 26(c) shall file a declaration setting forth facts showing that such sealing is warranted. *See* CIVIL L.R. 79-5(a) ("A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal."); *see also Beckman Indus., Inc. v. International Ins. Co.,* 966 F.2d 470, 476 (9th Cir. 1992) ("Broad allegations of harm, however, unsubstantiated by specific examples or articulated reasoning, do not satisfy the Rule 26(c) test.")

Dated:  *8/31/05*

                                */s/ Patricia V. Trumbull*
                                PATRICIA V. TRUMBULL
                                United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*