UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>EMC CORPORATION, et al.,<br><br>    Defendants. | Case No.: C 04-2660 JW (PVT)<br><br>**ORDER RE PARTIES' FAILURE TO FILE REQUEST FOR FILING UNDER SEAL IN CONNECTION WITH PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO QUASH** |

It has come to this court's attention that neither party filed a request to seal pursuant to Civil Local Rule 79-5 with respect to the redacted versions of Plaintiff's Opposition to Defendant's Motion to Quash, and the exhibits thereto, electronically filed on August 26, 2005.[1] Therefore,

IT IS HEREBY ORDERED that no later than September 9, 2005, any party contending that any of the information redacted from Plaintiff's Opposition to Defendant's Motion to Quash, or the exhibits thereto, warrants protection under Federal Rules of Civil Procedure 26(c) shall file a declaration setting forth facts showing that such sealing is warranted. *See* CIVIL L.R. 79-5(a).

Dated: *9/2/05*

                                                */s/ Patricia V. Trumbull*
                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

---

[1] The court further notes that Plaintiff failed to file a declaration authenticating the exhibits, as required by Civil Local Rule 7-5(a). Plaintiff is cautioned that any future failure to follow the procedures set forth in the local rules may result in the offending pleading being stricken from the record.