UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>   Plaintiff,<br><br>   v.<br><br>EMC CORPORATION, et al.,<br><br>   Defendants. | Case No.: C 04-2660 JW (PVT)<br><br>**ORDER DENYING REQUEST OF PLAINTIFF'S COUNSEL TO APPEAR BY TELEPHONE** |

On September 15, 2005, Plaintiff filed a letter requesting permission to appear by telephone at the hearing on September 20, 2005.[1]  Based on the request and the file herein,

IT IS HEREBY ORDERED that the request of Plaintiff's counsel to appear by telephone is DENIED.

Dated:   *9/19/05*

   */s/ Patricia V. Trumbull*
   PATRICIA V. TRUMBULL
   United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*