1  Counsel listed on next page

**IT IS SO ORDERED**
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>            Plaintiff,<br><br>      v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>            Defendants. | Case No. C04-2660 JW PT<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING EXPERT WITNESSES PURSUANT TO CIV. L.R. 6-2(a)** |

1   KATHRYN BURKETT DICKSON (State Bar No. 70636)
    DICKSON – ROSS LLP
2   1970 Broadway, Suite 1045
    Oakland, California 94612
3   Telephone:     (510) 268-1999
    Facsimile:     (510) 268-3627
4
    DAVID ANGLE (admitted *Pro Hac Vice*)
5   ANGLE & ANGLE LLC
    1920 13th Street, Suite C
6   Boulder, Colorado 80302
    Telephone:     (303) 443-2200
7   Facsimile:     (303) 443-2229

8   **Attorneys for Plaintiff**
    **David Halterman**
9
    GARY R. SINISCALCO (State Bar No. 64770)
10  MICHAEL D. WEIL (State Bar No. 209056)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  The Orrick Building
    405 Howard Street
12  San Francisco, California  94105-2669
    Telephone:     415-773-5700
13  Facsimile:     415-773-5759

14  LYNNE C. HERMLE (State Bar No. 99779)
    ORRICK, HERRINGTON & SUTCLIFFE LLP
15  1000 Marsh Road
    Menlo Park, California  94025-1021
16  Telephone:     650-614-7400
    Facsimile:     650-614-7401
17
    LEANNE FITZGERALD (admitted *Pro Hac Vice*)
18  EMC CORPORATION
    2350 West El Camino Real
19  Mountain View, CA 94040

20  **Attorneys for Defendant**
    **EMC Corporation**
21

22

23

24

25

26

27

28

- 2 -   STIPULATION AND [PROPOSED] ORDER REGARDING
        MOTION TO EXCLUDE EXPERTS

1  PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant
2  EMC Corporation (collectively, "the parties") stipulate as follows:
3  WHEREAS, the parties timely disclosed experts and exchanged reports on July 29,
4  2005 pursuant to the Court's July 8, 2005 order (except for mental health experts and reports,
5  which are covered by the Court's June 9, 2005 order);
6  WHEREAS, the parties timely disclosed mental health expert reports on
7  September 16, 2005, pursuant to the Court's June 9, 2005 order and the parties' informal
8  agreement to postpone the exchange of mental health expert reports until September 16, 2005;
9  WHEREAS, pursuant to stipulation, on August 15, 2005, the Court continued the
10 last day for a hearing on either party's motion to exclude expert testimony from August 29, 2005
11 until November 14, 2005 (making the last day to file a motion to exclude October 10, 2005);
12 WHEREAS, EMC took the depositions of plaintiff's damages and accounting
13 experts on September 13 and 14, 2005;
14 WHEREAS, the parties are cooperating in scheduling the depositions for four
15 additional experts;
16 WHEREAS, plaintiff's counsel Kathryn Dickson and defendant's counsel Lynne
17 Hermle are both preparing for the same (but unrelated) trial in the Superior Court for the County
18 of San Mateo in *Zheng v. Siebel Systems, Inc.*, Case No. 435601, before Judge Marie S. Weiner;
19 WHEREAS, the *Zheng* trial is scheduled to commence on September 27, 2005 and
20 continue through October 14, 2005;
21 WHEREAS, plaintiff's counsel David Angle is getting married in early October
22 2005 and will be out of his office on vacation for his wedding and honeymoon from October 5,
23 2005 through October 16, 2005;
24 WHEREAS, the parties have scheduled a private mediation on October 14, 2005;
25 WHEREAS, given vacation schedules of experts and attorneys and trial calendars
26 of both parties' attorneys, (a) there is insufficient time between the date for disclosure of expert
27 reports and rebuttal reports and the last day for a hearing on a motion to exclude expert testimony,
28 and (b) there is insufficient time for the parties to complete expert discovery before the expert

-1-  STIPULATION AND [PROPOSED] ORDER REGARDING
     MOTION TO EXCLUDE EXPERTS

1 | discovery cutoff;

2 | WHEREAS, the parties have sought three prior modifications to the schedule for
3 | the case, which were approved by the Court on June 9, 2005, July 8, 2005 and August 15, 2005,
4 | respectively;

5 | WHEREAS, plaintiff sought a modification of the schedule to continue the hearing
6 | date for EMC's motion for summary judgment until December 5, 2005, which was approved by
7 | the Court on September 1, 2005;

8 | IT IS HEREBY STIPULATED,

9 | (a) the last day for hearing on a motion to exclude an expert witness
10 | shall be continued from November 4, 2005 to December 19, 2005; and

11 | (b) the close of discovery of <u>expert witnesses only</u>, both non-mental
12 | health <u>and</u> mental health and experts, shall be continued from October 28, 2005 until November
13 | 11, 2005.

Dated:  September 20, 2005      Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC


By:_____/s/_____
Kathryn Burkett Dickson
Attorneys for Plaintiff David Halterman

Dated:  September 20, 2005      GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION


By:_____/s/_____
Michael D. Weil
Attorneys for Defendant EMC Corporation

- 2 -   STIPULATION AND [PROPOSED] ORDER REGARDING
MOTION TO EXCLUDE EXPERTS

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: _____/s/_____
Michael D. Weil
Attorneys for Defendant EMC Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 9/21/05

_____/s/ James Ware_____
The Honorable James Ware
United States District Judge

- 3 -   STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO EXCLUDE EXPERTS