1  Counsel listed on next page

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                          SAN JOSE DIVISION

9

10 | DAVID HALTERMAN,                          | Case No. C04-2660 JW
11 |            Plaintiff,                     | **STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR DISCLOSURE OF MENTAL HEALTH EXPERT REBUTTAL REPORTS**
12 |      v.                                   | **CIV. L.R. 6-2(a)**
13 | LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X, |
14 |                                           |
15 |            Defendants.                    |

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636) |
|   | DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, California 94612 |
| 3 | Telephone:   (510) 268-1999 |
|   | Facsimile:   (510) 268-3627 |
| 4 | |
|   | DAVID ANGLE (admitted *Pro Hac Vice*) |
| 5 | ANGLE & ANGLE LLC |
|   | 1920 13th Street, Suite C |
| 6 | Boulder, Colorado 80302 |
|   | Telephone:   (303) 443-2200 |
| 7 | Facsimile:   (303) 443-2229 |
| 8 | **Attorneys for Plaintiff** |
|   | **David Halterman** |
| 9 | |
|   | GARY R. SINISCALCO (State Bar No. 64770) |
| 10 | MICHAEL D. WEIL (State Bar No. 209056) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building |
|   | 405 Howard Street |
| 12 | San Francisco, California  94105-2669 |
|   | Telephone:   415-773-5700 |
| 13 | Facsimile:   415-773-5759 |
| 14 | LYNNE C. HERMLE (State Bar No. 99779) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | 1000 Marsh Road |
|   | Menlo Park, California  94025-1021 |
| 16 | Telephone:   650-614-7400 |
|   | Facsimile:   650-614-7401 |
| 17 | |
|   | LEANNE FITZGERALD (admitted *Pro Hac Vice*) |
| 18 | EMC CORPORATION |
|   | 2350 West El Camino Real |
| 19 | Mountain View, CA 94040 |
| 20 | **Attorneys for Defendant** |
|   | **EMC Corporation** |

- 2 -    STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR DISCLOSURE OF MENTAL EXPERT REBUTTAL REPORTS

1  PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant

2  EMC Corporation (collectively, "the parties") stipulate as follows:

3  WHEREAS, the Court's July 9, 2005, Order required the parties to disclose mental

4  health experts and exchange reports on September 1, 2005, and to disclose rebuttal mental health

5  experts and exchange reports on or before September 12, 2005;

6  WHEREAS, independent mental examinations of plaintiff took place on August

7  22 and 23, 2005, with defendant's experts, and September 6, 8, and 12, 2005, with plaintiff's

8  expert;

9  WHEREAS, the parties orally agreed to extend the disclosure date to September

10  16, 2005, to accommodate the scheduling of plaintiff's expert's examination and to allow their

11  experts time to complete their reports in a reasonable time after the mental examinations of

12  plaintiff;

13  WHEREAS, the parties accordingly disclosed mental health experts and

14  exchanged reports on September 16, 2005, pursuant to their oral agreement;

15  WHEREAS, the Court's September 22, 2005, Order continued the close of the

16  discovery related to all experts, including mental health experts, to November 11, 2005, and

17  continued the last day for hearing on a motion to exclude an expert witness to December 19,

18  2005;

19  WHEREAS, because of the timing of the initial disclosure and exchange of mental

20  health expert reports, and the fact that the rebuttal deadline has already passed, the parties require

21  an extension of time for the exchange of rebuttal reports;

22  WHEREAS, the parties have sought four prior modifications to the schedule for

23  the case, which were approved by the Court on June 9, 2005, July 8, 2005, August 15, 2005, and

24  September 22, 2005, respectively;

25  WHEREAS, plaintiff sought a modification of the schedule to continue the hearing

26  date for EMC's motion for summary judgment until December 5, 2005, which was approved by

27  the Court on September 1, 2005;

28  ///

-1- STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR DISCLOSURE OF MENTAL EXPERT REBUTTAL REPORTS

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that parties will disclose and exchange mental health expert rebuttal reports on October 21, 2005.

Dated: October 5, 2005

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By: /s/
Kathryn Burkett Dickson
Attorneys for Plaintiff David Halterman

Dated: October 5, 2005

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By: /s/
Michael D. Weil
Attorneys for Defendant EMC Corporation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/
Michael D. Weil
Attorneys for Defendant EMC Corporation.

IT IS SO ORDERED:

Dated: *10/6/05*

_____
The Honorable Patricia Trumbull
United States Magistrate Judge

- 2 -   STIPULATION AND [PROPOSED] ORDER SETTING TIME FOR DISCLOSURE OF MENTAL EXPERT REBUTTAL REPORTS