1 | Counsel listed on next page

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>　　　　　Defendants. | Case No. C04-2660 JW<br><br>**STIPULATION AND ORDER TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO CIV. L.R. 7-11, 7-12, & 79-5** |

DOCSSF1:827456.3

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (CASE NO. C 04-02660)

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636) |
|   | DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, California 94612 |
| 3 | Telephone: (510) 268-1999 |
|   | Facsimile: (510) 268-3627 |

KATHRYN BURKETT DICKSON (State Bar No. 70636)
DICKSON – ROSS LLP
1970 Broadway, Suite 1045
Oakland, California 94612
Telephone:	(510) 268-1999
Facsimile:	(510) 268-3627

DAVID ANGLE (admitted *Pro Hac Vice*)
ANGLE & ANGLE LLC
1920 13th Street, Suite C
Boulder, Colorado 80302
Telephone:	(303) 443-2200
Facsimile:	(303) 443-2229

**Attorneys for Plaintiff**
**David Halterman**

GARY R. SINISCALCO (State Bar No. 64770)
MICHAEL D. WEIL (State Bar No. 209056)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105-2669
Telephone:	415-773-5700
Facsimile:	415-773-5759

LYNNE C. HERMLE (State Bar No. 99779)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025-1021
Telephone:	650-614-7400
Facsimile:	650-614-7401

LEANNE FITZGERALD (admitted *Pro Hac Vice*)
EMC CORPORATION
2350 West El Camino Real
Mountain View, CA 94040

**Attorneys for Defendant**
**EMC Corporation**

DOCSSF1:827456.3

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (CASE NO. C 04-02660)

1  PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, and 79-5, Plaintiff David
2  Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:
3  WHEREAS, in this matter, the Court entered a Stipulated Protective Order ("the
4  Order") on December 3, 2004;
5  WHEREAS, the Order requires in paragraph 9 that:
6  In the event that any Confidential Information . . . is filed, included in, or referred to in
7  any paper filed with the Court, counsel responsible for such filing shall submit the papers to the court along with a request to file under seal pursuant to Civil Local Rule
8  79-5;
9  WHEREAS, in paragraph 1 of the order, the Court defined "Confidential
10  Information" as "information that qualifies for protection under F.R.C.P. 26(c)";
11  WHEREAS, an excerpt from Defendant's Motion for Summary Judgment and
12  Memorandum in Support Thereof, and an exhibit attached to the supporting declaration of
13  Michael Weil reference private information about Mr. Halterman's medical history;
14  WHEREAS, the parties agree that these excerpts may fall within this Court's
15  definition of "Confidential Information" contained in the Order and that Mr. Halterman should be
16  protected from the embarrassment of having this information contained in the public record;
17  WHEREAS, with the exception of the requested excerpts, the parties intend that
18  "[a]ll other portions" of the Motion for Summary Judgment "be included in the public file" of this
19  Court, pursuant to Civil L.R. 79-5(b);
20  WHEREAS, the parties have limited the scope of this request to meet the
21  requirement of Civil L.R. 79-5(b) that it be "narrowly tailored to seal only that material for which
22  good cause to seal has been established" and that it "shall direct the sealing of only those
23  documents, pages, or, if practicable, those portions of documents or pages, which contain the
24  information requiring confidentiality"; and
25  WHEREAS, the concurrence in the filing of the document has been obtained from
26  Kathryn Dickson, Attorney for Plaintiff, David Halterman;
27  / / /
28  / / /

1         IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel as follows:

    1.    In order to comply with the spirit of the Stipulated Protective Order, the parties respectfully requests that footnote 5 on page 7 of <u>Defendant's Motion for Summary Judgment and Memorandum of Points and Authorities in Support of the Motion</u> be filed under seal.

    2.    The parties further request that the <u>Exhibit 150 of Exhibit B to the Declaration of Michael D. Weil in Support of Defendant's Motion for Summary Judgment</u> be filed under seal in whole.

Dated: October 24, 2005

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By _____
    Kathryn Burkett Dickson
    Attorneys for Plaintiff,
    David Halterman

Dated: October 24, 2005

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By _____/S/_____
    Michael D. Weil
    Attorneys for Defendant,
    EMC Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/25/05

_____
Hon. James Ware
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>　　　　Defendants. | Case No. C 04-02660 JW<br><br>**STIPULATED ORDER TO FILE UNDER SEAL EXCERPTS OF DEFENDANT'S REPLY TO MOTION TO COMPEL** |

　　Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to File Under Seal footnote 5 on page 7 of Defendant's Motion of Summary Judgment, and Memorandum in Support Thereof; and exhibit 150 of exhibit B to the supporting declaration of Michael Weil become the order of this Court.

Dated: 10/25/05

_____
Hon. James Ware
United States District Judge