# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN, <br><br> Plaintiff, <br><br> v. <br><br> LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X, <br><br> Defendants. | Case No. C04-2660 JW (PVT) <br><br> **[PROPOSED] STIPULATED ORDER TO FILE UNDER SEAL DOCUMENTS TO BE FILED UNDER SEAL - RE PLAINTIFF'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF EXPERT REPORT OF STUART HARDEN** <br><br> Date: December 19, 2005 <br> Time: 9:00 a.m. <br> Judge: Hon. James Ware <br> Crtrm: 8 |

Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to File Under Seal Exhibit A to the Declaration of Kathryn Burkett Dickson Defendant's Expert Report of Stuart H. Harden becomes the order of this Court.

**IT IS SO ORDERED.**

Dated: November 16, 2005

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

[Proposed] Stipulated Order Allowing Documents to Be Filed under Seal (Harden Report)   1
Case No. C04-2660 JW (PVT)