KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone: (510) 268-1999
Facsimile: (510) 268-3627

DAVID ANGLE (Admitted *Pro Hac Vice*)
ANGLE & ANGLE LLC
1818 Ninth St., Suite 315
Boulder, CO 80302
Phone: 303-443-2200
Facsimile 303-443-2229

Attorneys for Plaintiff
DAVID HALTERMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN<br><br>Plaintiff,<br><br>v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X,<br><br>Defendants. | Case No. C04-2660 JW (PVT)<br><br>[PROPOSED] STIPULATED ORDER ALLOWING DOCUMENTS IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. JOHN ZEITZ OR, IN THE ALTERNATIVE, TO LIMIT HIS TESTIMONY AND STRIKE PORTIONS OF HIS REPORT TO BE FILED UNDER SEAL<br><br>Date: December 19, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware<br>Crtrm: 8 |

Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to File Under Seal Exhibits B - D to the Declaration of Jeffrey A. Ross in Support of Defendant's Expert Report of Stuart H. Harden becomes the order of this Court.

**IT IS SO ORDERED.**

Dated: November 16, 2005

_____
HON. JAMES WARE
UNITED STATES DISTRICT JUDGE

[PROPOSED] Stipulated Order Allowing Documents to Be Filed under Seal                    1
Case No. C04-2660 JW (PVT)