1  Counsel listed on next page
2
3
4
5
6  UNITED STATES DISTRICT COURT
7  NORTHERN DISTRICT OF CALIFORNIA
8  SAN JOSE DIVISION
9

| | |
|---|---|
| DAVID HALTERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>    Defendants. | Case No. C04-2660 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT G TO THE DECLARATION OF MICHAEL WEIL IN SUPPORT OF DEFENDANT EMC'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS PURSUANT TO CIV. L.R. 7-11, 7-12, & 79-5** |

DOCSSF1:851651.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT TO WEIL DEC. IN SUPPORT OF EMC'S MOTION TO EXCLUDE (CASE NO. C 04-02660JW)

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636) |
|   | DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, California 94612 |
| 3 | Telephone:   (510) 268-1999 |
|   | Facsimile:   (510) 268-3627 |
| 4 | |
|   | DAVID ANGLE (admitted *Pro Hac Vice*) |
| 5 | ANGLE & ANGLE LLC |
|   | 1920 13th Street, Suite C |
| 6 | Boulder, Colorado 80302 |
|   | Telephone:   (303) 443-2200 |
| 7 | Facsimile:   (303) 443-2229 |
| 8 | **Attorneys for Plaintiff** |
|   | **David Halterman** |
| 9 | |
|   | GARY R. SINISCALCO (State Bar No. 64770) |
| 10 | MICHAEL D. WEIL (State Bar No. 209056) |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building |
|   | 405 Howard Street |
| 12 | San Francisco, California 94105-2669 |
|   | Telephone:   415-773-5700 |
| 13 | Facsimile:   415-773-5759 |
| 14 | LYNNE C. HERMLE (State Bar No. 99779) |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | 1000 Marsh Road |
|    | Menlo Park, California 94025-1021 |
| 16 | Telephone:   650-614-7400 |
|    | Facsimile:   650-614-7401 |
| 17 | |
|    | LEANNE FITZGERALD (admitted *Pro Hac Vice*) |
| 18 | EMC CORPORATION |
|    | 2350 West El Camino Real |
| 19 | Mountain View, CA 94040 |
| 20 | **Attorneys for Defendant** |
|    | **EMC Corporation** |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

DOCSSF1:851651.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT TO WEIL DEC. IN SUPPORT OF EMC'S MOTION TO EXCLUDE (CASE NO. C 04-02660JW)

1   PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, and 79-5, Plaintiff David

2   Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:

3   WHEREAS, in this matter, the Court entered a Stipulated Protective Order ("the

4   Order") on December 3, 2004;

5   WHEREAS, the Order requires in paragraph 9 that:

6   In the event that any Confidential Information . . . is filed, included in, or referred to in
7   any paper filed with the Court, counsel responsible for such filing shall submit the papers to the court along with a request to file under seal pursuant to Civil Local Rule
8   79-5;

9   WHEREAS, in paragraph 1 of the order, the Court defined "Confidential

10  Information" as "information that qualifies for protection under F.R.C.P. 26(c)";

11  WHEREAS, <u>Exhibit G to Declaration of Michael D. Weil in Support of Defendant

12  EMC Corporation's Motion to Exclude Testimony of Plaintiff's Experts Barbara C. Luna, Dean

13  Atkinson, and Bruce L. Smith</u> contains sensitive and private financial and commercial

14  information that is valuable information to EMC's competitors and that EMC has revealed only

15  for the purposes of this dispute and otherwise closely guards;

16  WHEREAS, the parties agree that these documents in Exhibit G fall within this

17  Court's definition of "Confidential Information" contained in the Order and that EMC should be

18  protected from having this proprietary business information contained in the public record;

19  WHEREAS, with the exception of the requested excerpts, the parties intend that

20  "[a]ll other portions" of the Reply to Motion to Compel "be included in the public file" of this

21  Court, pursuant to Civil L.R. 79-5(b);

22  WHEREAS, the parties have limited the scope of this request to meet the

23  requirement of Civil L.R. 79-5(b) that it be "narrowly tailored to seal only that material for which

24  good cause to seal has been established" and that it "shall direct the sealing of only those

25  documents, pages, or, if practicable, those portions of documents or pages, which contain the

26  information requiring confidentiality"; and

27  WHEREAS, the concurrence in the filing of the document has been obtained from

28  Kathryn Burkett Dickson, Attorney for Plaintiff, David Halterman;

DOCSSF1:851651.1 — - 1 - — STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT TO WEIL DEC. IN SUPPORT OF MOTION TO EXCLUDE (Case No. C 04-02660JW)

2. IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that <u>Exhibit G Attached to the Declaration of Michael D. Weil in Support of Defendant EMC Corporation's Motion to Exclude Testimony of Plaintiff's Experts Barbara C. Luna, Dean Atkinson, and Bruce L. Smith</u> be filed under seal in whole.

Dated: November 15, 2005

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By _____
    Kathryn Burkett Dickson
    Attorneys for Plaintiff,
    David Halterman

Dated: November 15, 2005

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By _____/S/_____
    Michael D. Weil
    Attorneys for Defendant,
    EMC Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. James Ware
United States District Judge

DOCSSF1:851651.1

- 2 -

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT TO WEIL DEC. IN SUPPORT OF EMC'S MOTION TO EXCLUDE (Case No. C 04-02660JW)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>　　　　　Defendants. | Case No. C 04-02660 JW<br><br>**STIPULATED ORDER TO FILE UNDER SEAL EXHIBIT G TO THE DECLARATION OF MICHAEL WEIL IN SUPPORT OF DEFENDANT EMC'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS PURSUANT TO CIV. L.R. 7-11, 7-12, & 79-5** |

Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to File Under Seal Exhibit G Attached to the Declaration of Michael D. Weil in Support of Defendant EMC Corporation's Motion to Exclude Testimony of Plaintiff's Experts Barbara C. Luna, Dean Atkinson, and Bruce L. Smith become the order of this Court.

Dated: 11/16/05

_____
Hon. James Ware
United States District Judge

DOCSSF1:851651.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL EXHIBIT TO WEIL DEC. IN SUPPORT OF MOTION TO EXCLUDE (Case No. C 04-02660JW)