| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar # 70636)<br>DICKSON - ROSS LLP |
| 2 | 1970 Broadway, Suite 1045<br>Oakland, CA 94612 |
| 3 | Telephone: (510) 268-1999<br>Facsimile: (510) 268-3627 |
| 4 | |
| 5 | DAVID ANGLE (Admitted *Pro Hac Vice*)<br>ANGLE & ANGLE LLC |
| 6 | 1818 Ninth St., Suite 315<br>Boulder, CO 80302 |
| 7 | Phone: 303-443-2200<br>Facsimile 303-443-2229 |

**GRANTED**
*James Ware*
Judge James Ware

Attorneys for Plaintiff
DAVID HALTERMAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | | |
|---|---|---|
| DAVID HALTERMAN | ) | Case No. C04-2660 JW (PVT) |
| Plaintiff, | ) ) | **STIPULATION ALLOWING** |
| v. | ) ) ) | **DOCUMENTS TO BE FILED UNDER SEAL - RE PLAINTIFF'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF** |
| LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X, | ) ) ) | **EXPERT REPORT OF STUART HARDEN** |
| Defendants. | ) ) ) ) ) | Date: December 19, 2005<br>Time: 9:00 a.m.<br>Judge: Hon. James Ware<br>Crtrm: 8 |

    PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, and 79-5, Plaintiff David Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:

    WHEREAS, in this matter, the Court entered into a Stipulated Protective Order ("the Order") on December 3, 2004;

//

Stipulation Allowing Documents to Be Filed under Seal (Harden Report)   1
Case No. C04-2660 JW (PVT)

1  WHEREAS, the Order requires in paragraph 9 that:

2  In the event that any Confidential Information ... is filed, included in, or referred to in any paper filed with the Court, counsel responsible for such filing shall submit the papers to the
3  court along with a request to file under seal pursuant to Civil Local Rule 79-5

4  WHEREAS, in paragraph 1 of the order, the Court defined "Confidential Information" as

5  "information that qualifies for protection under F.R.C.P. 26(c)";

6  WHEREAS, Exhibit A to the Declaration of Kathryn Burkett Dickson in Support of

7  Plaintiff's Motion to Exclude or Strike Portions of the Expert Report of Stuart Harden, consists of

8  the Expert Report of Stuart Harden, every page of which Defendant has marked as "Subject to

9  Protective Order;"

10  WHEREAS, Defendant believes that the Report contains sensitive and private financial and

11  commercial information that is valuable information to EMC's competitors and that EMC has

12  revealed only for the purposes of this dispute and otherwise closely guards;

13  WHEREAS, Defendant believes that the Report contains confidential business information;

14  WHEREAS, with the exception of Exhibit A (the Harden Report), "[a]ll other portions" of

15  the moving papers "be included in the public file" of this Court, pursuant to Civil L.R. 79-5(b); and

16  WHEREAS, the parties have limited the scope of this request to meet the requirements of

17  Civil L.R. 79-5(b) that it be "narrowly tailored to seal only that material for which good cause to

18  seal has been established" and that it "shall direct the sealing of only those documents, pages, or, if

19  practicable, those portions of documents or pages, which contain the information requiring

20  confidentiality";

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel, that the following document be filed under seal: Exhibit A to the Declaration
3   of Kathryn Burkett Dickson in Support of Plaintiff's Motion to Exclude or Strike Portions of the
4   Expert Report of Stuart Harden.

5                                          Respectfully submitted,

6   Dated: November 15, 2005              *DICKSON - ROSS LLP*

7                                          */s/electronically*

8                                          _____
                                           KATHRYN BURKETT DICKSON
9                                          Attorneys for Plaintiff
                                           DAVID HALTERMAN
10

11

12  Dated: November 15, 2005              *ORRICK, HERRINGTON & SUTCLIFFE LLP*

13                                         See next page

14                                         _____
                                           MICHAEL WEIL
15                                         Attorneys for Defendant
                                           EMC CORPORATION
16

Stipulation Allowing Documents to Be Filed under Seal (Harden Report)                    3
Case No. C04-2660 JW (PVT)

**CONCURRENCE IN ELECTRONIC FILING**

In accordance with General Order No. 45, Section X.B., I attest that concurrence in the electronic filing of this **STIPULATION ALLOWING DOCUMENTS TO BE FILED UNDER SEAL - RE PLAINTIFF'S MOTION TO STRIKE OR EXCLUDE PORTIONS OF EXPERT REPORT OF STUART HARDEN** and accompanying **[PROPOSED] Order** was obtained from Michael D. Weil.

*/S/electronically*

Dated:   November 15, 2005        By _____
                                   KATHRYN BURKETT DICKSON
                                   Attorney for Plaintiff
                                   DAVID HALTERMAN

Stipulation Allowing Documents to Be Filed under Seal (Harden Report)         4
Case No. C04-2660 JW (PVT)