# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X,<br><br>　　　　Defendants. | ) Case No. C04-2660 JW (PVT)<br>)<br>) [~~PROPOSED~~] STIPULATED ORDER TO<br>) FILE UNDER SEAL DOCUMENTS TO BE<br>) FILED UNDER SEAL - RE STIPULATION<br>) ALLOWING DOCUMENTS TO BE FILED<br>) UNDER SEAL - RE PLAINTIFF'S<br>) OPPOSITION TO DEFENDANT'S<br>) MOTION TO EXCLUDE TESTIMONY OF<br>) PLAINTIFF'S EXPERTS BARBARA C.<br>) LUNA, DEAN ATKINSON, AND BRUCE<br>) L. SMITH<br>)<br>) Date:　　December 19, 2005<br>) Time:　　9:00 a.m.<br>) Judge:　　Hon. James Ware<br>) Crtrm:　　8<br>)<br>) |

Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to File Under Seal Exhibits A and B to the Declaration of Kathryn Burkett Dickson Stipulation Allowing Documents to Be Filed under Seal - re Plaintiff's Opposition to Defendant's Motion to Exclude Testimony of Plaintiff's Experts Barbara C. Luna, Dean Atkinson, and Bruce L. Smith

**IT IS SO ORDERED.**

Dated: November 29, 2005

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　　　　　　　HON. JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE