**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Halterman, | NO. C 04-02660 JW |
|     Plaintiff(s), | **ORDER CONTINUING MOTIONS TO EXCLUDE** |
| v. | |
| EMC Corporation et al., | |
|     Defendant(s). | |

    The motions to exclude currently set for December 19, 2005 are continued to February 27, 2006 at 9:00 a.m.

Dated: November 29, 2005

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Angle dave@daveangle.com
Gary R. Siniscalco grsiniscalco@orrick.com
Jeffrey A. Ross jeffross@dicksonross.com
Kathryn Burkett Dickson kbdickson@dicksonross.com
Leah Linda Scholer lscholer@orrick.com
Lynne C. Hermle lchermle@orrick.com
Michael D. Weil mweil@orrick.com

**Dated: November 29, 2005**                                    **Richard W. Wieking, Clerk**

                                                                **By:   /s/JW Chambers**
                                                                        **Ronald L. Davis**
                                                                        **Courtroom Deputy**