1    Counsel listed on next page

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                         SAN JOSE DIVISION

9

10   DAVID HALTERMAN,                    Case No. C04-2660 JW

11              Plaintiff,               **STIPULATION AND [~~PROPOSED~~]
                                         ORDER TO FILE UNDER SEAL**
12        v.
                                         **(1) DEFENDANT EMC
13   LEGATO SOFTWARE, a Division of EMC   CORPORATION'S OPPOSITION TO
     Corporation; EMC CORPORATION, dba   PLAINTIFF'S MOTION TO
14   EMC PERIPHERALS, INC., and DOES 1-X, EXCLUDE THE TESTIMONY OF
                                         DR. JOHN ZEITZ OR, IN THE
15              Defendants.              ALTERNATIVE, TO LIMIT HIS
                                         TESTIMONY AND STRIKE
16                                       PORTIONS OF HIS REPORT, AND**

17                                       **(2) DECLARATION OF DR. JOHN
                                         ZEITZ IN SUPPORT THEREOF**
18
                                         **[CIV. L.R. 7-11, 7-12, & 79-5]**
19

20

21

22

23

24

25

26

27

28

1    KATHRYN BURKETT DICKSON (State Bar No. 70636)
       DICKSON – ROSS LLP
2    1970 Broadway, Suite 1045
       Oakland, California 94612
3    Telephone:      (510) 268-1999
       Facsimile:       (510) 268-3627

4

5    DAVID ANGLE (admitted *Pro Hac Vice*)
       ANGLE & ANGLE LLC
       1920 13th Street, Suite C
6    Boulder, Colorado 80302
       Telephone:      (303) 443-2200
7    Facsimile:       (303) 443-2229

8    **Attorneys for Plaintiff**
       **David Halterman**

9

10   GARY R. SINISCALCO (State Bar No. 64770)
       MICHAEL D. WEIL (State Bar No. 209056)
       ORRICK, HERRINGTON & SUTCLIFFE LLP
11   The Orrick Building
       405 Howard Street
12   San Francisco, California 94105-2669
       Telephone:     415-773-5700
13   Facsimile:      415-773-5759

14   LYNNE C. HERMLE (State Bar No. 99779)
       ORRICK, HERRINGTON & SUTCLIFFE LLP
15   1000 Marsh Road
       Menlo Park, California 94025-1021
16   Telephone:     650-614-7400
       Facsimile:      650-614-7401

17

18   LEANNE FITZGERALD (admitted *Pro Hac Vice*)
       EMC CORPORATION
       2350 West El Camino Real
19   Mountain View, CA 94040

20   **Attorneys for Defendant**
       **EMC Corporation**

21

22

23

24

25

26

27

28

1    PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, and 79-5, Plaintiff David

2    Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:

3    WHEREAS, in this matter, the Court entered a Stipulated Protective Order ("the

4    Order") on December 3, 2004;

5    WHEREAS, the Order requires in paragraph 9 that:

6    In the event that any Confidential Information . . . is filed, included in, or referred to in
     any paper filed with the Court, counsel responsible for such filing shall submit the
7    papers to the court along with a request to file under seal pursuant to Civil Local Rule
     79-5;
8

9    WHEREAS, in paragraph 1 of the order, the Court defined "Confidential

10   Information" as "information that qualifies for protection under F.R.C.P. 26(c)";

11   WHEREAS, <u>Defendant EMC Corporation's Opposition to Plaintiff's Motion to</u>

12   <u>Exclude the Testimony of Dr. John Zeitz or, in the Alternative, to Limit his Testimony and Strike</u>

13   <u>Portions of his Report</u> and the <u>Declaration of Dr. John Zeitz in support thereof</u> both contain

14   sensitive and confidential information about Mr. Halterman's mental health, diagnoses of his

15   mental disorders, and his personal history;

16   WHEREAS, the parties agree that the entire subject matter within EMC

17   Corporations opposition brief and the declaration of Dr. Zeitz falls within this Court's definition

18   of "Confidential Information" contained in the Order and that Mr. Halterman should be protected

19   from having this highly personal information contained in the public record;

20   WHEREAS, the parties have limited the scope of this request to meet the

21   requirement of Civil L.R. 79-5(b) that it be "narrowly tailored to seal only that material for which

22   good cause to seal has been established" and that it "shall direct the sealing of only those

23   documents, pages, or, if practicable, those portions of documents or pages, which contain the

24   information requiring confidentiality"; and

25   WHEREAS, the concurrence in the filing of the document has been obtained from

26   Kathryn Burkett Dickson, Attorney for Plaintiff, Mr. Halterman;

27

28

- 1 -

STIPULATION AND [PROPOSED] ORDER TO FILE
UNDER SEAL EMC'S OPPOSITION AND DECL. OF DR.
ZEITZ IN SUPPORT THEREOF (CASE NO. C 04-02660JW)

2.       IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that <u>Defendant EMC Corporation's Opposition to Plaintiff's Motion to Exclude the Testimony of Dr. John Zeitz or, in the Alternative, to Limit his Testimony and Strike Portions of his Report</u> and the <u>Declaration of Dr. John Zeitz in support thereof</u> be filed under seal in whole.

Dated:  November 28, 2005

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By _____
Kathryn Burkett Dickson
Attorneys for Plaintiff,
David Halterman

Dated:  November 28, 2005

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By _____/S/_____
Michael D. Weil
Attorneys for Defendant,
EMC Corporation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. James Ware
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO FILE
UNDER SEAL EMC'S OPPOSITION AND DECL. OF DR.
ZEITZ IN SUPPORT THEREOF (CASE NO. C 04-02660JW)

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| | |
|---|---|
| 12  DAVID HALTERMAN, | Case No.  C 04-02660 JW |
| 13               Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL** |
| 14        v. | **(1)  DEFENDANT EMC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DR. JOHN ZEITZ OR, IN THE ALTERNATIVE, TO LIMIT HIS TESTIMONY AND STRIKE PORTIONS OF HIS REPORT, AND** |
| 15  LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X, | |
| 16 | |
| 17               Defendants. | |
| 18 | |
| 19 | **(2) DECLARATION OF DR. JOHN ZEITZ IN SUPPORT THEREOF** |
| 20 | **[CIV. L.R. 7-11, 7-12, & 79-5]** |
| 21 | |

22        Pursuant to the stipulation of the parties, it is hereby ordered that the Stipulated Order to

23   File Under Seal <u>Defendant EMC Corporation's Opposition to Plaintiff's Motion to Exclude the</u>

24   <u>Testimony of Dr. John Zeitz or, in the Alternative, to Limit his Testimony and Strike Portions of</u>

25   <u>his Report</u> and the <u>Declaration of Dr. John Zeitz in support thereof</u> become the order of this

26   Court.

27   Dated: Nov. 29, 2005

28                                                    _____
                                                     Hon. James Ware
                                                     United States District Judge