United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN, | NO. C 04-02660 JW |
| Plaintiff, | **ORDER APPOINTING SPECIAL MASTER** |
| v. | |
| EMC CORPORATION, et al., | |
| Defendants. | |

Based on the agreement of both parties (Docket Item No. 237) and the approval of the Court, the Court appoints Ms. Catherine A. Yanni, JAMS, Two Embarcadero Center, Suite 100, San Francisco, CA as Special Master concerning Plaintiff's motion to compel, according to the terms set forth in the Court's December 27, 2005 Order.

Dated: January 25, 2005

04eciv2660spmaster2

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Angle dave@daveangle.com
Gary R. Siniscalco grsiniscalco@orrick.com
Jeffrey A. Ross jeffross@dicksonross.com
Kathryn Burkett Dickson kbdickson@dicksonross.com
Leah Linda Scholer lscholer@orrick.com
Lynne C. Hermle lchermle@orrick.com
Michael D. Weil mweil@orrick.com

Leanne J. Fitzgerald
EMC Corporation
2350 West El Camino Real
Mountain View, CA 94040

Catherine A. Yanni
JAMS
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111

**Dated: January 25, 2005**               **Richard W. Wieking, Clerk**

                                          **By:__/s/ JW Chambers_____**
                                             **Melissa Peralta**
                                             **Courtroom Deputy**

United States District Court
For the Northern District of California