

1 | Counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DAVID HALTERMAN, | Case No. C 04-02660 JW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DUE DATE FOR PARTIES TO SUBMIT OBJECTIONS TO PROPOSED WITNESSES AND EXHIBITS AND RESPONSES THERETO** |
| v. | |
| LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X, | |
| Defendants. | |

DOCSSF1:875440.1

STIP. & [PROPOSED] ORDER CONTINUING DATE TO SUBMIT OBJECTIONS TO PROPOSED WITNESSES & EXHIBITS & RESPONSES THERETO (C 04-02660 JW)

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636) |
|   | DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045 |
|   | Oakland, California 94612 |
| 3 | Telephone:     (510) 268-1999 |
|   | Facsimile:      (510) 268-3627 |
| 4 | |
|   | DAVID ANGLE (admitted *Pro Hac Vice*) |
| 5 | ANGLE & ANGLE LLC |
|   | 1881 9th Street, Suite 315 |
| 6 | Boulder, Colorado 80302 |
|   | Telephone:     (303) 443-2200 |
| 7 | Facsimile:      (303) 443-2229 |
| 8 | **Attorneys for Plaintiff** |
|   | **David Halterman** |
| 9 | |
|   | GARY R. SINISCALCO (State Bar No. 64770) |
| 10 | MICHAEL D. WEIL (State Bar No. 209056) |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | The Orrick Building |
|    | 405 Howard Street |
| 12 | San Francisco, California  94105-2669 |
|    | Telephone:     415-773-5700 |
| 13 | Facsimile:      415-773-5759 |
| 14 | LYNNE C. HERMLE (State Bar No. 99779) |
|    | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 15 | 1000 Marsh Road |
|    | Menlo Park, California  94025-1021 |
| 16 | Telephone:     650-614-7400 |
|    | Facsimile:      650-614-7401 |
| 17 | |
|    | LEANNE FITZGERALD (admitted *Pro Hac Vice*) |
| 18 | EMC CORPORATION |
|    | 2350 West El Camino Real |
| 19 | Mountain View, CA 94040 |
| 20 | **Attorneys for Defendant** |
|    | **EMC Corporation** |

1  Plaintiff David Halterman, on the one hand, and defendant EMC Corporation, on the other
2  hand, through their respective counsel and pursuant to paragraph 2 of the Court's November 29,
3  2005 Order Following Preliminary Pretrial Conference ("Order"), HEREBY STIPULATE and
4  AGREE as follows:
5      1.    Plaintiff and defendant exchanged lists of proposed trial witnesses and exhibits on
6  March 16, 2006.
7      2.    The parties proposed over 150 exhibits, each. In addition, the parties have
8  proposed approximately 20 witnesses, combined.
9      3.    Plaintiff and defendant met and conferred for over 5 hours, including on March 22,
10  and 27, 2006, in an effort to resolve disputes concerning the proposed trial witnesses and exhibits.
11      4.    The parties are continuing to negotiate in good faith regarding the proposed
12  witnesses and exhibits. In addition, the parties expect to lodge numerous objections to exhibits
13  and witnesses.
14      5.    The Court's November 29, 2005 Pre-Trial Order provides that the parties'
15  respective motions in limine, objections to proposed witnesses and exhibits, and responses
16  thereto, are due on March 31, 2006. The parties require additional time to complete their meet
17  and confer efforts, to adequately brief the Court regarding disputes the parties are unable to
18  resolve regarding proposed exhibits and witnesses and to adequately brief the Court regarding the
19  parties' respective motions in limine.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DOCSSF1:875440.1

STIP. & [PROPOSED] ORDER CONTINUING DATE TO
SUBMIT OBJECTIONS TO PROPOSED WITNESSES &
EXHIBITS & RESPONSES THERETO (C 04-02660 JW)

6. Therefore, plaintiff and defendant respectfully request that the Court continue the due date for the parties' respective objections to receipt into evidence of witnesses or exhibits, and responses thereto, from March 31, 2006 to April 7, 2006. The due date for the parties' respective motions in limine and joint pre-trial conference statement shall remain March 31, 2006.

7. The concurrence in the filing of this document has been obtained from Kathryn Burkett Dickson, Attorney for Plaintiff, David Halterman.

SO STIPULATED:

Dated: March 28, 2006

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By: _____/s/_____
Kathryn Burkett Dickson
Attorneys for Plaintiff
David Halterman

Dated: March 28, 2006

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
EMC Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2006

_____
James Ware
United States District Judge

DOCSSF1:875440.1 - 2 - STIP. & [PROPOSED] ORDER CONTINUING DATE TO SUBMIT OBJECTIONS TO PROPOSED WITNESSES & EXHIBITS & RESPONSES THERETO (C 04-02660 JW)