**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Halterman, | NO. C 04-02660 JW |
| Plaintiff(s), | **ORDER CONTINUING DEADLINE FOR FILING MOTIONS IN LIMINE** |
| v. | |
| EMC Corporation et al., | |
| Defendant(s). | |

In light of the pending Motion to Exclude Testimony of Barbara C. Luna, Dean Atkinson, and Bruce L. Smith, the deadline for filing and serving motions in limine is continued from March 31, 2006 to April 7, 2006. All other deadlines set forth in the Court's Order Following Preliminary Pretrial Conference remain the same.

Dated: March 30, 2006                /s/James Ware
                                     JAMES WARE
                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

David Angle dave@daveangle.com
Gary R. Siniscalco grsiniscalco@orrick.com
Jeffrey A. Ross jeffross@dicksonross.com
Kathryn Burkett Dickson kbdickson@dicksonross.com
Leah Linda Scholer lscholer@orrick.com
Lynne C. Hermle lchermle@orrick.com
Michael D. Weil mweil@orrick.com

**Dated: March 30, 2006**                            **Richard W. Wieking, Clerk**

**By:   /s/JW Chambers**
         **Melissa Peralta**
         **Courtroom Deputy**