1  COUNSEL LISTED ON NEXT PAGE

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN, | ) Case No. C04-2660 JW (PVT) |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO CIV. L.R. 6-2(A)** |
| LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X, | ) |
| Defendants. | ) |

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING
OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO CIV. L.R. 6-2(A)

1 | KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
2 | 1970 Broadway, Suite 1045
Oakland, CA 94612
3 | Telephone:     (510) 268-1999
Facsimile:      (510) 268-3627
4 |
DAVID ANGLE (Admitted *Pro Hac Vice*)
5 | ANGLE & ANGLE LLC
1920 13th Street, Suite C
6 | Boulder, CO 80302
Phone:          303-443-2200
7 | Facsimile      303-443-2229

8 | Attorneys for Plaintiff
DAVID HALTERMAN
9 |
GARY SINISCALCO (State Bar # 64770)
10 | MICHAEL D. WEIL (State Bar # 209056)
ORRICK, HERRINGTON & SUTCLIFFE
11 | The Orrick Building
405 Howard Street
12 | San Francisco, CA 94105-2669
Telephone:     415-773-5700
13 | Facsimile:      415-773-5759

14 | LYNNE C. HERMLE (State Bar # 99799)
ORRICK, HERRINGTON & SUTCLIFFE
15 | 1000 Marsh Road
Menlo Park, CA 94025-1021
16 | Telephone:     650-614-7400
Facsimile:      650-614-7401
17 |
LEANNE FITZGERALD (admitted *Pro Hac Vice*)
18 | EMC CORPORATION
2350 West El Camino Real
19 | Mountain View, CA 94040

20 | Attorneys for Defendant
EMC CORPORATION
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING
OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO CIV. L.R. 6-2(A)

1    PURSUANT TO LOCAL RULE 6-2(a), Plaintiff David Halterman and Defendant EMC
2  Corporation (collectively, "the parties") stipulate as follows:
3    WHEREAS, the November 29, 2005 Order Following Preliminary Pretrial Conference
4  provided that in limine motions be filed on March 31, 2006, and that any opposition be filed three
5  weeks later on April 21, 2006;
6    WHEREAS, on March 30, 2006, the Court issued an Order Continuing Deadline For Filing
7  Motions In Limine, continuing the deadline for filing motion in limine from March 31, 2006 to April
8  7, 2006, in light of a pending motion before the Court;
9    WHEREAS, the Court's March 30, 2006 Order had the effect of reducing the time for the
10 parties to prepare and file any opposition to motions in limine, from three weeks to two weeks;
11   WHEREAS, on April 7, 2006, Defendant filed nine motions in limine (many of which
12 address several different categories of evidence), and Plaintiff filed four motions in limine;
13   WHEREAS, the schedule of Plaintiff's counsel, both in this case and in other pending
14 matters, will make it virtually impossible for Plaintiff's counsel to fully and properly respond to
15 Defendant's motions in limine in the shortened two week period;
16   WHEREAS, Plaintiff's counsel believes that having an additional weekend to work on the
17 preparation of their opposition briefs will greatly assist them in completing those briefs, and in
18 presenting their arguments in a manner that will ultimately assist the Court in reviewing and ruling
19 upon the motions in limine;
20   IT IS HEREBY STIPULATED by and between the parties to this action through their
21 designated counsel, that the parties respectfully request this Court to modify the November 29,
22 2005 Order Following Preliminary Pretrial Conference, by continuing the deadline for filing
23 oppositions to motions in limine from Friday, April 21, 2006, to Monday, April 24, 2006.
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING
OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO CIV. L.R. 6-2(A)                              1

|     |     |
| --- | --- |
|     | *DICKSON-ROSS LLP* |
|     | */s/ electronically* |
| Date: April 12, 2006, 2005 | _____ |
|     | Jeffrey A. Ross<br>Attorneys for Plaintiff<br>David Halterman |
|     |     |
|     | *ORRICK, HERRINGTON & SUTCLIFFE* |
|     | **SIGNED IN COUNTERPART** |
| Date:_____ | _____ |
|     | Michael D. Weil<br>Attorneys for Defendant<br>EMC Corporation |

**IT IS SO ORDERED.**

Dated: 04/17/06            _____
                                         JAMES WARE
                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING
OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO CIV. L.R. 6-2(A)                            2

1  In accordance with General Order No. 45, Section X.B., I attest that concurrence in the
2  electronic filing of this **STIPULATION AND [PROPOSED] ORDER CONTINUING**
3  **DEADLINE FOR FILING OPPOSITIONS TO MOTIONS IN LIMINE PURSUANT TO**
4  **CIV. L.R. 6-2(A)** was obtained from Michael D. Weil.

*/s/ electronically*

Date:  April 12, 2006

Jeffrey A. Ross
Attorneys for Plaintiff
David Halterman