*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

1  Counsel listed on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEGATO SOFTWARE, a Division of EMC Corporation; EMC CORPORATION, dba EMC PERIPHERALS, INC., and DOES 1-X,<br><br>　　　　Defendants. | Case No. C04-2660 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL:**<br><br>**1) PORTIONS OF DEFENDANT EMC CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE NO. 3 TO EXCLUDE CERTAIN EVIDENCE RE FORMER EMPLOYERS; AND**<br><br>**2) CERTAIN EXHIBITS TO THE DECLARATION OF MICHAEL D. WEIL IN SUPPORT THEREOF**<br><br>**[CIV. L.R. 7-11, 7-12, & 79-5]** |

DOCSSF1:880223.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL A PORTION OF EMC'S OPP. TO PLNTF.'S MOTION IN LIMINE NO. 3 (CASE NO. C 04-02660JW)

| | |
|---|---|
| 1 | KATHRYN BURKETT DICKSON (State Bar No. 70636)<br>DICKSON – ROSS LLP |
| 2 | 1970 Broadway, Suite 1045<br>Oakland, California 94612 |
| 3 | Telephone:   (510) 268-1999<br>Facsimile:    (510) 268-3627 |
| 4 | |
| 5 | DAVID ANGLE (admitted *Pro Hac Vice*)<br>ANGLE & ANGLE LLC |
| 6 | 1920 13th Street, Suite C<br>Boulder, Colorado 80302 |
| 7 | Telephone:   (303) 443-2200<br>Facsimile:    (303) 443-2229 |
| 8 | **Attorneys for Plaintiff**<br>**David Halterman** |
| 9 | |
| 10 | GARY R. SINISCALCO (State Bar No. 64770)<br>MICHAEL D. WEIL (State Bar No. 209056) |
| 11 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 12 | 405 Howard Street<br>San Francisco, California  94105-2669 |
| 13 | Telephone:   415-773-5700<br>Facsimile:    415-773-5759 |
| 14 | LYNNE C. HERMLE (State Bar No. 99779) |
| 15 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road |
| 16 | Menlo Park, California  94025-1021<br>Telephone:   650-614-7400 |
| 17 | Facsimile:    650-614-7401 |
| 18 | STEWART A. BRODER (admitted *Pro Hac Vice*)<br>LEIGH EARLS SLAYNE (admitted *Pro Hac Vice*) |
| 19 | EMC CORPORATION<br>176 South Street |
| 20 | Hopkinton, Massachusetts 01748 |
| 21 | **Attorneys for Defendant**<br>**EMC Corporation** |

DOCSSF1:880223.1

STIPULATION AND [PROPOSED] ORDER TO FILE
UNDER SEAL A PORTION OF EMC's OPP. TO PLNTF.'S
MOTION IN LIMINE NO. 3 (Case No. C 04-02660JW)

PURSUANT TO CIVIL LOCAL RULES 7-11, 7-12, and 79-5, Plaintiff David Halterman and Defendant EMC Corporation (collectively, "the parties") stipulate as follows:

WHEREAS, in this matter, the Court entered a Stipulated Protective Order ("the Order") on December 3, 2004;

WHEREAS, the Order requires in paragraph 9 that:

> In the event that any Confidential Information . . . is filed, included in, or referred to in any paper filed with the Court, counsel responsible for such filing shall submit the papers to the court along with a request to file under seal pursuant to Civil Local Rule 79-5;

WHEREAS, in paragraph 1 of the order, the Court defined "Confidential Information" as "information that qualifies for protection under F.R.C.P. 26(c)";

WHEREAS, <u>Defendant EMC Corporation's Opposition to Plaintiff's Motion in Limine No. 3 To Exclude Certain Evidence re Former Employers</u> and <u>certain exhibits to the Declaration of Michael D. Weil in support thereof</u> contain, in part, sensitive and confidential information about Mr. Halterman's mental health, diagnoses of his mental disorders, his personal history, as well as private prior employer personnel file information;

WHEREAS, the parties agree that the portions of EMC Corporation's opposition brief and exhibits to Mr. Weil's declaration that discuss this private, sensitive and confidential information fall within this Court's definition of "Confidential Information" contained in the Order and that Mr. Halterman should be protected from having this highly personal information contained in the public record;

WHEREAS, the parties have limited the scope of this request to meet the requirement of Civil L.R. 79-5(b) that it be "narrowly tailored to seal only that material for which good cause to seal has been established" and that it "shall direct the sealing of only those documents, pages, or, if practicable, those portions of documents or pages, which contain the information requiring confidentiality"; and

WHEREAS, the concurrence in the filing of the document has been obtained from Kathryn Burkett Dickson, Attorney for Plaintiff, Mr. Halterman;

/ / /

DOCSSF1:880223.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL A PORTION OF EMC's OPP. TO PLNTF.'S MOTION IN LIMINE NO. 3 (CASE NO. C 04-02660JW)

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2 their designated counsel that the portions of <u>Defendant EMC Corporation's Opposition to</u>
3 <u>Plaintiff's Motion in Limine No. 3 To Exclude Certain Evidence re Former Employers</u> and
4 <u>certain exhibits to the Declaration of Michael D. Weil in support thereof</u> discussing Mr.
5 Halterman's private, sensitive and confidential information be filed under seal.

Dated:  April 24, 2006

Respectfully submitted,

KATHRYN BURKETT DICKSON
DICKSON – ROSS LLP

DAVID ANGLE
ANGLE & ANGLE LLC

By _____/s/_____
Kathryn Burkett Dickson
Attorneys for Plaintiff,
David Halterman

Dated:  April 24, 2006

GARY R. SINISCALCO
LYNNE C. HERMLE
MICHAEL D. WEIL
ORRICK, HERRINGTON & SUTCLIFFE LLP

LEANNE FITZGERALD
EMC CORPORATION

By _____/s/_____
Michael D. Weil
Attorneys for Defendant,
EMC Corporation.

///
///
///
///
///

DOCSSF1:880223.1

STIPULATION AND [PROPOSED] ORDER TO FILE
UNDER SEAL A PORTION OF EMC's OPP. TO PLNTF.'S
MOTION IN LIMINE NO. 3 (CASE NO. C 04-02660JW)

1    I hereby attest that the concurrence in the filing of this document has been obtained from Kathryn Burkett Dickson, Attorney for Plaintiff, David Halterman.

By: _____/s/_____
Michael D. Weil
Attorneys for Defendant
EMC Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 04/26/06

_____
Hon. James Ware
United States District Judge

DOCSSF1:880223.1

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL A PORTION OF EMC'S OPP. TO PLNTF.'S MOTION IN LIMINE NO. 3 (CASE NO. C 04-02660JW)