KATHRYN BURKETT DICKSON (State Bar # 70636)
DICKSON - ROSS LLP
1970 Broadway, Suite 1045
Oakland, CA 94612
Telephone:     (510) 268-1999
Facsimile:     (510) 268-3627

DAVID ANGLE (Admitted *Pro Hac Vice*)
ANGLE & ANGLE LLC
1818 Ninth St., Suite 315
Boulder, CO 80302
Phone:     303-443-2200
Facsimile  303-443-2229

Attorneys for Plaintiff
DAVID HALTERMAN

*APPROVED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| DAVID HALTERMAN, | Case No. C04-2660 JW (PVT) |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| LEGATO SOFTWARE, a Division of EMC Corporation; EMC Corporation, dba EMC PERIPHERALS INC.; and DOES I - X, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that, pursuant to the terms of the confidential settlement agreement between the parties, this action is hereby dismissed with prejudice.

*DICKSON - ROSS LLP*

*/s/electronically*

Dated:   June 8, 2006              By:   _____
                                         KATHRYN BURKETT DICKSON
                                         Attorneys for Plaintiff
                                         DAVID HALTERMAN